## WINCHELL *against* LATHAM.

On taxation; counsel perusing and amending declaration allowed; and three copies of declaration.

But not N. P. record; that having been paid for on putting off trial; nor a testatum execution; it appearing that the ordinary one would answer the purpose.

ON a motion for a re-taxation of costs. The court decided that the following items were allowable to the plaintiff, on a verdict recovered against the defendant:

Counsel for perusing and amending declaration; and three copies of the declaration.

But they disallowed the following:

Draft and engrossing N. P. record, with pleadings, &c., because this had been paid for by the defendant at a previous circuit, on putting off the trial; and a testatum execution, on the ground that the defendant, both when the action was commenced, and when the costs were taxed, resided in the county of Oneida, where the venue was laid.

*G. C. Bronson*, for the plaintiff.

*H. R. Storrs*, for the defendant.

---

[*368]       *GOLD *against* HOTCHKISS.

Where the attorney and counsel are the same, only one trial fee allowed; the party to elect whether it shall be an attorney or counsel fee.

ON motion to re-tax costs, the court decided, that where the attorney was also the counsel in the cause, the party recovering was not entitled to have both an attorney and counsel fee, on trial, taxed; but only one; and he might elect which. (Vid. 2 R. L. 15, 16.)

*T. Sill*, for the plaintiff.

*J. A. Spencer*, for the defendant.